**Order filed March 5, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00150-CV
_____

**GLENN JOHNSON, Appellant**

**V.**

**WILLIAM VILLATORO, Appellee**

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1105737**

## ORDER

This is an appeal of a final judgment and order of possession signed February 20, 2018. The judgment ordered that appellee shall have a recover the premises at issue and, that writ of possession shall issue unless execution of the judgment is stayed by posting a supersedeas bond in the amount of $6,000.00. On March 1, 2018, appellant filed a motion requesting review of the amount of supersedeas bond and a stay of the issuance of a writ of possession.

It appears from the facts stated in the emergency motion that appellant's rights will be prejudiced unless immediate temporary relief is granted. Accordingly, we grant appellant's motion and issue the following order.

We ORDER that enforcement of the trial court's supersedeas order and final judgment is stayed in trial court cause number 1105737, styled *Willaim Villatoro v. Glenn Johnson*. Enforcement of the order and judgment is stayed until further order of this court.

Appellee is requested to file a response to appellant's motion on or before **March 15, 2018**.

PER CURIAM

Panel consists of Justices Busby, Brown, and Wise.